UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV-25-02010-AGR                                             Date:  June 27, 2025

Title    Angel Rizo Hernandez v. Kristi Noem, et. al.

Present: The Honorable:    Alicia G. Rosenberg, United States Magistrate Judge

|  K. Lozada  |  n/a  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO FILE A PROOF OF SERVICE**

On March 7, 2025, Plaintiff filed a Complaint for Writ of Mandamus and Declaratory Judgment.  (Dkt. No. 1.)  The complaint named three defendants:  (1) Kristi Noem, Secretary of the Department of Homeland Security; (2) Pam Bondi Attorney Genertal of the United States; and (3) Andrew J. Davidson, Director of the U.S. Citizenship and Imigration Services.

"If the defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m).

To date, Proofs of Service of the summons and complaint upon Defendants have not been filed.

Accordingly, IT IS ORDERED that the Plaintiff show cause in writing ***on or before July 14, 2025***, why this action should not be dismissed without prejudice pursuant to Rule 4(m) for failure to serve process or for failure to prosecute.

The filing of proofs of service on or before July 14, 2025 shall discharge this order to show cause.  If Plaintiff does not file a timely response to this Order to Show Cause on or before

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-25-02010-AGR                                          Date:  June 27, 2025

Title       Angel Rizo Hernandez v. Kristi Noem, et. al.

July 14, 2025, this action may be dismissed without prejudice for failure to serve process under Rule 4(m) or for failure to prosecute.


                                                                        **Initials of Preparer**    kl